# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL DAVID PRESCOTT,
                Appellant,

vs.

LOVELY LOU PRESCOTT,
                Respondent.

No. 81740

**FILED**

OCT 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

Clerk of the Supreme Court
Elizabeth A. Brown

By: _____

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
        Law Office of Julio Vigoreaux, Jr.
        Michael David Prescott
        Lovely Lou Prescott
        Legal Aid Center of Southern Nevada, Barbara E. Buckley,
           Executive Director
        Anne R. Traum, Coordinator, Appellate Litigation Section,
           Pro Bono Committee, State Bar of Nevada
        Kelly Dove
        Eighth District Court Clerk

---

[1]This court takes no action on the Legal Aid Center of Southern Nevada's request for an extension of time to file the Notice of Appearance by Pro Bono Counsel.

21-29133